# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER JOSEPH, JR., Individually and On Behalf of <br><br> Plaintiff, <br><br> vs. <br><br> VIRGIN MOBILE USA, INC., DANIEL H. SCHULMAN, JONATHAN MARCHBANK, JOHN D. FEEHAN, JR., FRANCES BRANDON-FARROW, DOUGLAS B. LYNN, MARK POOLE, ROBERT SAMUELSON, L. KEVIN COX, THOMAS O. RYDER, KENNETH T. STEVENS, LEHMAN BROTHERS, MERRILL LYNCH & CO., BEAR, STEARNS & CO., INC., RAYMOND JAMES & ASSOC., INC., and THOMAS WEISEL PARTNERS, LLC, <br><br> Defendants. | **NO. 07-cv-11060** <br><br> **CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Roger Joseph, Jr. hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: December 5, 2007

**BRODSKY & SMITH, LLC**

By:*/s/ Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

1

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
Seamus Kaskela, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056
*Attorneys for Plaintiffs*