UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION | Lead Case No. 07-CV-10589 (TPG) (Securities Class Action) |
|  | Electronically Filed |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DISCLOSURE STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the following defendants, by

and through their undersigned counsel, state as follows:

1.     Defendant Lehman Brothers Inc. is a wholly-owned subsidiary of Lehman

Brothers Holdings Inc., a publicly held company whose shares trade on the New York Stock

Exchange.

2.     Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated is a wholly-

owned subsidiary of defendant Merrill Lynch & Co., Inc., a publicly held company whose shares

trade on the New York Stock Exchange.  Merrill Lynch & Co., Inc. has no corporate parent, and

there is no publicly held company that owns 10% or more of its stock.

3.     Defendant Bear, Stearns & Co., Inc. is a wholly-owned subsidiary of The Bear

Stearns Companies Inc., a publicly held company whose shares trade on the New York Stock

Exchange.

4.     Defendant Raymond James & Associates, Inc. is a subsidiary of Raymond James

Financial, Inc., a publicly held company whose shares trade on the New York Stock Exchange.

No other publicly held company owns 10% or more of the stock of Raymond James &

Associates, Inc.

   5.  Defendant Thomas Weisel Partners, LLC is a wholly-owned subsidiary of

Thomas Weisel Partners Group, Inc., a publicly held company whose shares trade on the

NASDAQ Stock Market.

Dated: New York, New York
    January 22, 2008

            Respectfully submitted,

            SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP


            s/Susan L. Saltzstein
            Susan L. Saltzstein
            (Susan.Saltzstein@skadden.com)
            William J. O'Brien
            (William.OBrien@skadden.com)
            Four Times Square
            New York, New York 10036-6522
            Tel. (212) 735-3000

            Counsel for Defendants Lehman Brothers
            Inc.; Merrill Lynch, Pierce, Fenner &
            Smith, Incorporated; Merrill, Lynch & Co.,
            Inc.; Bear, Stearns & Co., Inc.; Raymond
            James & Associates, Inc.; and Thomas
            Weisel Partners, LLC