# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER JOSEPH, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>VIRGIN MOBILE USA, INC., DANIEL H. SCHULMAN, JONATHAN MARCHBANK, JOHN D. FEEHAN, JR., FRANCES BRANDON-FARROW, DOUGLAS B. LYNN, MARK POOLE, ROBERT SAMUELSON, L. KEVIN COX, THOMAS O. RYDER, KENNETH T. STEVENS, LEHMAN BROTHERS, MERRILL LYNCH & CO., BEAR, STEARNS & CO., INC., RAYMOND JAMES & ASSOC., INC., and THOMAS WEISEL PARTNERS, LLC,<br><br>       Defendants. | NO. 07cv11060<br><br>NOTICE OF VOLUNTARY WITHDRAW |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Roger Joseph, Jr. hereby voluntarily dismissed the above-captioned action without prejudice.

Dated: January 30, 2008

BRODSKY & SMITH, LLC

By: *Evan J. Smith, Esquire*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (fax)

*So ordered.*
*Thomas P. Griesa*
USDJ
4/10/08

1

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)

*Attorneys for Plaintiff Roger Joseph, Jr.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of the foregoing document was filed with the Clerk of Court by using CM/ECF, which will electronically transmit and notify all counsel of record on this the 30th day of January 2008. I also certify that the foregoing document is being served this day on all counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF, and by electronic mail to counsel identified below.

Dated: January 30, 2008        By:   *Evan J. Smith, Esquire*

                                                                Evan J. Smith, Esquire

| **James Gaal Gamble** | **Susan Leslie Saltzstein** |
|---|---|
| Simpson Thacher & Bartlett LLP (NY) | Skadden, Arps, Slate, Meagher & Flom LLP |
| 425 Lexington Avenue | Four Times Square(NYC) |
| New York, NY 10017 | New York, NY 10036 |
| 2124552000 | (212) 735-4132 |
| 2124552502 (fax) | (917)-777-4132 (fax) |
| jgamble@stblaw.com | ssaltzst@skadden.com |